1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | SHARI LUCAS,                         ) Case No.: CV 07-04550 RZ
12 |        Plaintiff,                   ) ORDER AWARD EAJA ATTORNEY
                                         ) FEES
13 | v.                                  )
14 | MICHAEL J. ASTRUE, Commissioner     )
   | of Social Security,                 )
15 |                                     )
16 |        Defendant.                   )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal
19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to
20 Marc V. Kalagian, as Plaintiff's assignee the amount of TWO THOUSAND-FIVE
21 HUNDRED DOLLARS AND NO CENTS ($2,500.00) as authorized by 28 U.S.C.
22 § 2412(d).
23 DATE: June 10, 2008
24
25
                    THE HONORABLE RALPH ZAREFSKY
26                  UNITED STATES MAGISTRATE JUDGE
27
28

-1-